FRANK J. IMPRESCIA *v.* STATE OF CONNECTICUT REAL ESTATE COMMISSION·

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Court of Common Pleas in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Richard Sheridan,* assistant attorney general, for the appellee (defendant).

No appearance for the appellant (plaintiff).

Argued December 3—decided December 3, 1974

PLANNING AND ZONING COMMISSION OF THE ·CITY OF SHELTON *v.* CITY OF SHELTON ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Bronislaw Winnick,* for the appellee (plaintiff).
*William J. Curran,* for the appellant (defendant).